Sean P. Flynn (SBN 15408)
**GORDON REES SCULLY MANSUKHANI**
1 East Liberty Street
Suite 424
Reno, NV 89501
Telephone:   (775) 467-2610
Email:          sflynn@grsm.com

**Attorneys for Defendant**
*Cook County Health*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN K SHANAHAN, MICHAEL NEWTON, JAMES SHOFROTH, and ROSEMARY KERRANE, as agent in fact and durable power of attorney for ROBERT H. SPINNEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PERRY JOHNSON & ASSOCIATES, INC., NORTHWELL HEALTH, INC., SALEM REGIONAL MEDICAL CENTER, and COOK COUNTY HEALTH,<br><br>Defendants. | CASE NO.  2:23-cv-01947<br><br>**AMENDED STIPULATION TO EXTEND DEFENDANT COOK COUNTY HEALTH'S DEADLINE TO RESPOND TO COMPLAINT** |

TO THIS HONORABLE COURT, TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA, AND TO ALL PARTIES THROUGH THEIR COUNSEL OF RECORD HEREIN:

Pursuant to Federal Rule of Civil Procedure, Rule 6(b) and Local Rule 6-1, Plaintiffs Kevin K Shanahan, Michael Newton, James Shofroth, and Rosemary Kerrane, as agent in fact and durable power of attorney for Robert H. Spinney ("Plaintiffs") on the one hand, and Defendant Cook County Health ("CCH") on the other hand, stipulate to an extension of time for CCH to respond to Plaintiffs' complaint in this matter.

-1-

Plaintiffs filed their complaint on November 22, 2023, and served CCH on November 30, 2023. CCH's responsive pleading is due December 21, 2023.

On or about November 30, 2023, CCH retained Gordon & Rees LLP as counsel in this matter. CCH has requested an extension of time to respond to the Complaint, up to and including January 29, 2024. CCH requires additional time to investigate factual and legal issues and respond to the Motion for Transfer and Centralization filed by certain plaintiffs before the Judicial Panel on Multidistrict Litigation. Counsel for Plaintiffs have agreed to the extension.

There does not appear to have been entered a scheduling order in this case; thus, there are no dates set for trial, motions, or discovery.

**IT IS HEREBY STIPULATED** that CCH shall have up to and including January 29, 2024, to respond to Plaintiffs' complaint.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated:  **GORDON REES SCULLY MANSUKHANI**

By: /s/ Sean Flynn
Sean Flynn
Attorneys for Defendant
*Cook County Health*

Dated:  KEMP JONES, LLP

By: /s/ Don Springmeyer
Don Springmeyer
*Attorneys for Plaintiffs*
*Kevin K. Shanahan, Michael Newton,*
*and Rosemary Kerrane*

**IT IS SO ORDERED:**

DATED: December 27, 2023

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE