Amanda M. Perach (NSBN 12399)
Kiley A. Harrison, Esq. (NSBN 16092)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
aperach@mcdonaldcarano.com
kharrison@mcdonaldcarano.com

*Attorneys for Salem Regional Medical Center*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KEVIN K. SHANAHAN, MICHAEL NEWTON, JAMES SHOWFROTH, AND ROSEMARY KERRANE, as agent in fact and durable power of attorney for ROBERT H. SPINNEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PERRY JOHNSON & ASSOCIATES, INC., NORTHWELL HEALTH, INC., SALEM REGIONAL MEDICAL CENTER, AND COOK COUNTY HEALTH,<br><br>Defendants. | Case No.: 2:23-cv-01947-RFB-DJA<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT SALEM REGIONAL MEDICAL CENTER TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1 and 7-1, Plaintiffs Kevin K. Shanahan, Michael Newton, James Showfroth, and Rosemary Kerrane, as agent in fact and durable power of attorney for Robert H. Spinney ("Plaintiffs") and Defendant Salem Regional Medical Center ("Salem") (collectively, the "Parties"), hereby stipulate, agree, and respectfully request that the Court extend the deadline for Salem to answer, move, or otherwise respond to Plaintiffs' Amended Class Action Complaint ("Amended Complaint") until the later of either February 26, 2024 or thirty (30) days after a ruling on the pending Motion for Transfer and Centralization of Related Actions to the District of Nevada ("MDL Motion") currently before the United States Judicial Panel on Multidistrict Litigation. *See In re Perry Johnson & Assocs. Data Breach Litig.* ("*In re PJ&A*") MDL No. 3096, ECF No. 1. In support of this Stipulation, the Parties jointly state as follows:

1. On November 22, 2023, Plaintiffs filed the initial complaint against Cook County Health, Northwell Health, Inc., and Perry Johnson & Associates, Inc. (ECF No. 1.)

2. On December 4, 2023, Plaintiffs filed the Amended Complaint, adding Salem as a party. (ECF No. 13.)

3. On December 20, 2023, Salem was served a copy of the summons and Amended Complaint.

4. Based on the service date of December 20, 2023, Salem's response to the Amended Complaint is due on January 10, 2024.

5. A number of actions have been filed arising from the alleged data security incident announced in 2023 by Perry Johnson & Associates, Inc. On December 8, 2023, Plaintiffs in several of these actions filed the MDL Motion that is pending before the United States Judicial Panel on Multidistrict Litigation. *In re PJ&A*, ECF No. 1. A hearing on the MDL Motion is set for January 25, 2024. *Id.* at ECF No. 5.

6. An extension of Salem's deadline to answer or otherwise respond to the Amended Complaint until after a ruling on the pending MDL Motion will permit sufficient time for Salem to investigate factual and legal issues and to assess what impact, if any, the MDL Motion may have on the above-captioned action, including potential centralization.

7. No scheduling order has been entered in this action, thus there are no dates set for trial, motions or discovery.

8. This is Salem's first request for an extension of time to respond to the Amended Complaint, the request is not for the purposes of delay, and the requested extension will not prejudice any party.

9. By appearing herein and entering into this Stipulation, Salem does not waive any defenses available to it, including jurisdictional defenses.

/ / /

/ / /

/ / /

10. WHEREFORE, the Parties hereby stipulate, agree, and respectfully request that the Court extend the deadline for Salem to answer, move, or otherwise respond to the Amended Complaint until the later of either February 26, 2024 or thirty (30) days after a ruling on the pending MDL Motion.

Dated: January 9, 2024                     Respectfully submitted,

*s/ Don Springmeyer*                                        *s/ Amanda M. Perach*
Don Springmeyer, Esq. (NBN 1021)            Amanda M. Perach (NSBN 12399)
KEMP JONES, LLP                             Kiley A. Harrison, Esq. (NSBN 16092)
3800 Howard Hughes Parkway, 17th Floor      McDONALD CARANO LLP
Las Vegas, Nevada 89169                     2300 West Sahara Avenue, Suite 1200
d.springmeyer@kempjones.com                 Las Vegas, Nevada 89102
                                            aperach@mcdonaldcarano.com
Amy E. Keller (*pro hac vice*)              kharrison@mcdonaldcarano.com
DICELLO LEVITT LLP
10 North Dearborn Street, Eleventh Floor    *Attorneys for Defendant*
Chicago, Illinois 60602                     *Salem Regional Medical Center*

Justin J. Hawal (*pro hac vice*)
DICELLO LEVITT LLP
8160 Norton Parkway, Third Floor
Mentor, Ohio 44060

James J. Pizzirusso (*pro hac vice*)
Amanda V. Boltax (*pro hac vice forthcoming*)
HAUSFELD LLP
888 16th Street, NW, Suite 300
Washington, D.C. 20006

Steven M. Nathan (*pro hac vice*)
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
*Counsel for Plaintiff and the Class*

## **ORDER**

**IT IS THEREFORE ORDERED** that the parties' stipulation (ECF No. 35) is **GRANTED IN PART AND DENIED IN PART.** It is granted in part regarding the parties' request that Defendant Salem Regional Medical Center have until February 26, 2024 to file a response to Plaintiffs' complaint. It is denied in part regarding their request that they have until thirty days after a ruling on the pending motion to transfer to respond to the complaint. In the event that the February 26, 2024 deadline passes without a ruling on the motion to transfer, the parties may file another stipulation identifying a concrete deadline to which the Court can move the deadline to respond to the complaint.

DATED: 1/10/2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of McDonald Carano LLP, and that on this 9th day of January, 2024, I caused a true and correct copy of the foregoing **STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT SALEM REGIONAL MEDICAL CENTER TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT (FIRST REQUEST)** to be served via this Court's CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notification.

       *s/ Kimberly Kirn*
An employee of McDonald Carano LLP